UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  4:24-CR-00157 NCC |
| PATRICIA MANJAREZ, | ) |
| Defendant. | ) |

## MISDEMEANOR INFORMATION

The United States Attorney charges:

On or about October 20, 2021, within the Eastern District of Missouri, the defendant,

**PATRICIA MANJAREZ,**

willfully and knowingly did embezzle, steal, and purloin money of the United States, in that the defendant fraudulently received Social Security Administration disability payments.

In violation of Title 18, United States Code, Sections 641 and 2.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.      Pursuant to Title 18, United States Code, Sections 981(a) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 641, as set forth in the criminal information, the defendant shall forfeit to the United States of America any property, real or personal, constituting or derived from any proceeds traceable to said offense. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

2. If any of the property described above, as a result of any act or omission of the defendant(s):

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                                      Respectfully submitted,
                                      SAYLER A. FLEMING
                                      United States Attorney

                                      */s/ Tracy L. Berry*
                                      TRACY L. BERRY 014753 TN
                                      Assistant United States Attorney
                                      111 South 10th Street, Room 20.333
                                      St. Louis, Missouri 63102
                                      (314) 539-2200

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*/s/ Tracy L. Berry*
TRACY L. BERRY 014753 TN

Subscribed and sworn to before me this ___10th___ day of April 2024.



Nathan M. Graves
CLERK, U.S. DISTRICT COURT

By: /s/Jason W. Dockery
DEPUTY CLERK